No. 92–669. SMITH *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 92–671. OWEN *v.* OWEN. C. A. 11th Cir. Certiorari denied.

No. 92–672. NAVARRO, SHERIFF OF BROWARD COUNTY, FLORIDA *v.* LUKE RECORDS, INC. C. A. 11th Cir. Certiorari denied.

No. 92–674. LUM *v.* CITY AND COUNTY OF HONOLULU. C. A. 9th Cir. Certiorari denied.

No. 92–679. COLUMBIA GAS TRANSMISSION CORP. *v.* AN EXCLUSIVE NATURAL GAS STORAGE EASEMENT IN THE CLINTON SUBTERRANEAN GEOLOGICAL FORMATION BENEATH A 264.12 ACRE PARCEL IN PLAIN TOWNSHIP, WAYNE COUNTY, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–684. PAYMASTER CORP. *v.* AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA. C. A. 9th Cir. Certiorari denied.

No. 92–688. LOCAL 776, INTERNATIONAL BROTHERHOOD OF TEAMSTERS *v.* STROEHMANN BAKERIES, INC. C. A. 3d Cir. Certiorari denied.

No. 92–691. ROBINSON ET AL. *v.* GEORGIA DEPARTMENT OF TRANSPORTATION. C. A. 11th Cir. Certiorari denied.

No. 92–692. SHELLEDY *v.* LORE ET AL. Sup. Ct. Utah. Certiorari denied.

No. 92–693. HALL *v.* CITY OF STUART, FLORIDA, BUILDING AND ZONING DEPARTMENT. C. A. 11th Cir. Certiorari denied.

No. 92–710. HARVEY *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 92–732. GULF STATES STEEL, INC. OF ALABAMA *v.* LTV CORP. ET AL. C. A. D. C. Cir. Certiorari denied.